UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                Case No. 21-
                                                                      Chapter ]
SIMON FRANCISCO PENA-CONTRERAS,
SSN: xxx-xx-3473
RACHELLE MARIA LANDAETA-FAJARDO,
SSN: None
                    Debtors.
_____/

**DEBTOR'S STATEMENT REGARDING FILING OF PAYMENT ADVICES
OR OTHER EVIDENCE OF PAYMENT REQUIRED BY 11 U.S.C. § 521(a)(l)(B)(iv)**

Debtor states that:

■    Copies of all payment advices are not attached because the debtor:

   ■    is self employed and does not receive payment advices

Joint Debtor states that:

■    Copies of payment advices are not attached because the joint debtor:

   ■    does not work outside the home

Dated: June 25, 2023

*Peter Spindel*
Peter Spindel, Esq.
Florida Bar No. 816183
Attorney for Debtors
Peter Spindel, Esq., P.A.
5775 Blue Lagoon Dr. #300
Miami, FL 33126-2071
Tel/Tex: 786.355.4631
Office: (305) 444-3000
Fax: (786) 513-3716 / (305) 448-7788
Palm Beach: (561) 853-5383
email: peterspindel@gmail.com

###/3094.2317/\penaSimon1.chk

LF-10 (rev. 12/09/09)